JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARTOLO CRUZ,

Petitioner,

v.

MARK BOWEN, et al.,

Respondents.

Case No. 5:26-cv-01772-WLH-PD

**JUDGMENT**

**A# 246-060-414**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: September 17, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE